UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANFORD B. PERALTA,<br><br>               Plaintiff,<br><br>MTC FINANCIAL, INC., *et al.*,<br><br>               Defendants. | Case No. 2:17-cv-03081-RFB-VCF<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 12) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered July 3, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see* also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by July 17, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1

1    IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 12) is
2 ACCEPTED and ADOPTED in full.
3    IT IS FURTHER ORDERED that this case is dismissed for failure to comply with Rule
4 4(m) and failure to obey Court order (ECF No. 10).  The Court Clerk is directed to close this case
5 accordingly.
6    The Court Clerk is directed to mail a copy of this order to Plaintiff STANFORD B. PERALTA
7 at the address below:

Stanford B. Peralta
3021 S Valley View Blvd, Ste. 113
Las Vegas, NV 89102

   DATED this 16th day of October, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE